IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-427-CCE-LPA

| | |
|---|---|
| MAURICE WELLS, JR.,<br><br>Plaintiff<br>v.<br><br>SHERIFF TERRY S. JOHNSON, in his Official Capacity as Sheriff of Alamance County, North Carolina,<br><br>Defendant | **PLAINTIFF'S MOTION<br>FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 56.1, and for the reasons stated in the contemporaneously filed Memorandum in Support, plaintiff Maurice Wells, Jr. moves this Court for summary judgment on the claims set forth in his complaint. Exhibits A through J are submitted herewith in support of the Motion, and in conjunction with the associated memorandum.

This the 3rd day of April 2024.

**FIRST AMENDMENT CLINIC
DUKE LAW SCHOOL**
Attorneys for Plaintiff
/s/ Sarah Ludington, Esq.
Sarah Ludington
N.C. State Bar No. 19997
ludington@law.duke.edu

C. Amanda Martin
N.C. State Bar No. 21186
amartin@law.duke.edu
Telephone: 919.613.7048

Fax: 919.613.7262
210 Science Drive
Durham, NC 27708

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Cory Patterson
N.C. State Bar No. 39973
One Wells Fargo Center
301 South College Street
23rd Floor
Charlotte, NC 28202
Phone 704.417.3154
cory.patterson@nelsonmullins.com

Lorin J. Lapidus
N.C. State Bar No. 33458
Phone: 336.774.3329
lorin.lapidus@nelsonmullins.com

Chelsea K. Barnes
N.C. State Bar No. 53378
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Phone: 336.774.3397
chelsea.barnes@nelsonmullins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2024 the foregoing *Plaintiff's Motion for Summary Judgment* was filed electronically with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This the 3rd day of April, 2024

FIRST AMENDMENT CLINIC
DUKE LAW SCHOOL
Attorneys for Plaintiff
/s/ Sarah Ludington, Esq.
Sarah Ludington
N.C. State Bar No. 19997
ludington@law.duke.edu