IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MAURICE WELLS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-427 |
| | ) | |
| SHERIFF TERRY S. JOHNSON, in his official capacity as Sheriff of Alamance County, North Carolina, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby **ORDERED AND ADJUDGED** that the plaintiff's motion for summary judgment, Doc. 29, is **DENIED**, the defendant's motion for summary judgment, Doc. 34, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 30th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE