FILED: September 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1829
(1:23-cv-00427-CCE-LPA)

_____

MAURICE WELLS, JR.

    Plaintiff - Appellant

v.

SHERIFF TERRY S. JOHNSON, in his Official Capacity as Sheriff of Alamance County, North Carolina

    Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered August 12, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*