IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAURICE WELLS, JR., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) 1:23-CV-427 |
| SHERIFF TERRY S. JOHNSON, in his official capacity as Sheriff of Alamance County, North Carolina, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on remand form the United States Court of Appeals for the Fourth Circuit. *See* Doc. 72, 73. Consistent with the instructions of that court, it is **ORDERED** that:

1. The order and judgment filed July 30, 2024, Docs. 65 and 66, are **VACATED** for lack of subject matter jurisdiction.

2. The case is remanded to the Alamance County Superior Court.

This the 15th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE